No. 90–1770. AMERNATIONAL INDUSTRIES, INC. *v.* ELECTRO-EXPORTIMPORT. C. A. 6th Cir. Certiorari denied.

No. 90–1799. PRUESSMAN *v.* MCDONALD ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1812. DARBOVEN *v.* NICKOLOPOULOS ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–5586. JANSSEN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–5706. HALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6710. JACKSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7185. PALMER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7227. SEGARRA-PALMER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7246. MALDONADO-RIVERA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7283. DEASES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7297. TURNER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7338. LAFF *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7351. WILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 90–7370. WILL *v.* WILL. Sup. Ct. Va. Certiorari denied.

No. 90–7371. WALLACE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.